United States District Court
Southern District of Texas
**ENTERED**
November 30, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CORNELIUS MILAN HARPER, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:17-CV-117 |
| § | |
| OLIVER J BELL, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court is in receipt of Plaintiff's motion to reinstate this action, Dkt. No. 107, and the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 108.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 108, and **DENIES** Plaintiff's motion to reinstate this action, Dkt. No. 107.

SIGNED this 30th day of November 2021.

_____
Hilda Tagle
Senior United States District Judge